# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| Case No.: | CV 08-7159 PSG (MANx) | Date: | May 21, 2009 |
|---|---|---|---|
| Title: | Cumis Insurance Society, Inc. -vs- Milton W. Callan | | |

| Present: The Honorable: | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Irene Ramirez | Not Reported | N/A |
| Relief Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

Proceedings (In Chambers): **PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT MILTON W. CALLAN FILED 04-29-09 (DOC. 16)**

Counsel are advised that the above-referenced motion set for hearing on **June 1, 2009 at 1:30 p.m** is taken **Under Submission** and off calendar. Accordingly, no appearance by counsel is necessary. The Court will issue a ruling after full consideration of the submitted pleadings.

|  | ---- | : | ---- |
|---|---|---|---|
|  | Initials of Preparer | | IR |