ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

E-FILED 05-21-09

LINK TO DOC 16

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC., a Wisconsin corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MILTON W. CALLAN, an individual,<br><br>　　　　　Defendant. | Case No. CV08-07159 PSG (MANx)<br><br>[~~PROPOSED~~] JUDGMENT AGAINST DEFENDANT MILTON W. CALLAN<br><br>[Application for Default Judgment; Memorandum of Points and Authorities; Declarations of Kathy Baker, Sharon Toal and William S. Hong Filed Concurrently Herewith] |

　　　　This matter came before the Court pursuant to plaintiff CUMIS INSURANCE SOCIETY, INC.'S ("CUMIS") Application for Entry of Default Judgment against Defendant MILTON W. CALLAN ("CALLAN").  Having reviewed the Application and supporting papers, and it appearing that CALLAN having been served and having failed to appear and answer the complaint of CUMIS, this Court expressly finds that a separate judgment on the Complaint may be properly awarded in this action and that there is no just reason for delay.  Evidence having been considered by this court:

/ / /

/ / /

/ / /

726973.1 4525.938

**1**  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that CUMIS
**2** is entitled to judgment against CALLAN as follows:
**3**     1.   Principal in the amount of $ **816,763.91** and costs in the amount of
**4** $ **461.41**.  Accordingly, the total judgment in favor of CUMIS and against
**5** CALLAN is $ **817,228.32**.
**6**     2.   Pursuant to Federal Rules of Civil Procedure, Rule 54(b) the Court
**7** expressly finds there is no just reason for delay and expressly directs the clerk to
**8** enter this final judgment in favor of CUMIS and against CALLAN.
**9**     **IT IS SO ORDERED.**
**10** DATED: _5/20/2009

**PHILIP S. GUTIERREZ**
The Honorable Philip S. Gutierrez,
JUDGE, UNITED STATES DISTRICT COURT

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

726973.1 4525.938

2
[PROPOSED] JUDGMENT AGAINST DEFENDANT MILTON W. CALLAN